Prob 49

| FILED BY CLERK OF COURT |
|---|

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

United States v. Deshawn Michael Watson

Docket No.0:21CR00075-001

### HEARING WAIVER

I, Deshawn Michael Watson, have been advised and understand that I have statutory right under Rule 32.1, F.R. Crim. P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regards to the following modification of my supervision:

The defendant shall participate in a remote alcohol monitoring program for a period of 60 days. The defendant shall be required to pay all or part of the costs of location monitoring based on their ability to pay as determined by the U.S. Probation and Pretrial Services Office.

Signed:

_____

Deshawn Michael Watson

Witness:

_____

Dated: 7/30/21